CUBARONS, RECURRENTE, *v.* EL REGISTRADOR DE CAGUAS, RECURRIDO.

RECURSO gubernativo contra el Registrador de la Propiedad de Caguas denegando la inscripción de una escritura de venta.

No. 414.—Resuelto en julio 31, 1919.

INSCRIPCIÓN DE FINCAS—CERTIFICACIÓN DEL SECRETARIO MUNICIPAL—USUFRUCTO DE SOLARES MUNICIPALES—IDENTIDAD DE LA FINCA—PRUEBA DE LA IDENTIDAD.—Aunque por lo general la certificación del secretario municipal es suficiente para acreditar la cesión hecha por el municipio del usufructo de un solar municipal, sin embargo si esa certificación se refiere a un solar marcado con determinado número, y la propiedad que se trata de inscribir está marcada con un número distinto, debido a un cambio de numeración, es al presentante del documento para su inscripción a quien corresponde probar la identidad de la propiedad.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Andrés Mena.*

El registrador recurrido, Sr. Pedro Gómez Lasserre, compareció por escrito en nombre propio.

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del tribunal.

La dueña con título inscrito de la casa número 13 que mide 5 metros 96 centímetros de frente por 10 metros 21 centímetros de fondo situada en un solar cedido por la mu-

nicipalidad el cual mide 6 .metros 81 centímetros de frente
por 26 metros 26 centímetros de fondo, vendió una casa cuya
descripción es como sigue:

"Urbana, casa terrera de madera del país y techo de zinc, mar-
cada con el número 13, situada en la calle de Ruiz Belvis de Caguas,
en solar del municipio, de 6 metros 81 centímetros de frente por 26
metros 26 centímetros de fondo, antes, hoy dicho solar mide 279 me-
tros con 30 centímetros cuadrados, o sea 9 metros 80 centímetros de
frente, por 28 metros 50 centímetros de fondo, y está marcado con
el número 11, según certificación expedida por el secretario del mu-
nicipio de Caguas, don Juan M. Solá, midiendo dicha casa actual-
mente 9 metros de frente por 10 metros de fondo, lindante por el
norte, que es su frente con la calle de Ruiz Belvis; por el este, su
izquierda, con Dolores Cubarons; por el sur su fondo con Jesús
Méndez, y por el oeste, su derecha, con Leonor Díaz."

El registrador denegó la inscripción de la escritura en
cuanto al exceso de lo que en el registro constaba inscrito
a nombre de la vendedora, fundando su negativa en los mo-
tivos siguientes:

"Por no resultar del registro que el usufructo de dicho exceso
del solar se haya cedido a la vendedora, pues aunque para justifi-
carlo se acompaña una certificación expedida por J. M. Solá, secre-
tario municipal de Caguas, el 21 de agosto de 1918, dicho documento
no es de la clase que contempla el artículo 3 de la Ley Hipotecaria
para trasmisión del dominio de los inmuebles, y por referirse dicha
certificación a un solar marcado con el número 11 de la población
sito en la misma calle, que está inscrito con diferentes colindancias
a favor de persona distinta de la vendedora, lo que sería por tanto
un obstáculo con arreglo al artículo 20 de la citada ley para tomar
en cuenta la aludida certificación."

Insiste la recurrente en que el registrador debió haber
observado que el número del solar es ahora 11 y no 13 como
anteriormente, debido al cambio que se hizo en la numera-
ción de las casas en el año 1910, cosa que debió haber sa-
bido el registrador. Parece que en el registro no existía
nada que demostrara este cambio y la recurrente y no el

registrador estaba en la obligación de acreditar la identidad de la finca.

La mera mención que se hace en la escritura no es bastante para demostrar que el solar que se describe en la certificación expedida por el secretario municipal con el número 11 es en realidad el que aparece inscrito con el número 13 y que la propiedad vendida no es realmente la inscrita a nombre de otra persona con el número 11.

Convenimos con la recurrente en que por lo general la certificación del secretario municipal es suficiente para acreditar la cesión hecha por el municipio del usufructo de un solar municipal, pero por las razones expresadas debe confirmarse la nota recurrida.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Aldrey.

El Juez Presidente Sr. Hernández no intervino en la resolución de este caso.